No. 89–7262.  BAGBY v. SOWDERS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 89–7264.  VAN STRATEN v. MILWAUKEE JOURNAL NEWSPAPER PUBLISHER ET AL.  Ct. App. Wis.  Certiorari denied.

No. 89–7273.  JACKSON ET UX. v. DIXON-BOOKMAN.  Sup. Ct. Tex.  Certiorari denied.

No. 89–7285.  COCHRAN v. TURNER, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 89–7295.  LEECAN v. LOPES, COMMISSIONER OF CORRECTION OF CONNECTICUT.  C. A. 2d Cir.  Certiorari denied.

No. 89–7297.  CROW v. SMITH ET AL.  Sup. Ct. Tex.  Certiorari denied.

No. 89–7312.  COCHRANE v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 89–7377.  WEXLER v. DEPARTMENT OF THE INTERIOR. C. A. Fed. Cir.  Certiorari denied.

No. 89–7378.  DOZIER v. DEPARTMENT OF EDUCATION.  C. A. 9th Cir.  Certiorari denied.

No. 89–7386.  WASHINGTON v. COUGHLIN ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 89–7388.  ARCHER v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 89–7392.  GRAY v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 89–7393.  DELAP v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 89–7397.  JOHNSON v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 89–7403.  WARE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.